UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
DEC 14 2006
CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JOHN PAUL WINTERS, | * | CIV 05-4020 |
| Petitioner, | * | |
| -vs- | * | |
| | * | JUDGMENT |
| DOUGLAS WEBER, Warden, South Dakota State Penitentiary, | * | |
| Respondent. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In accordance with the Order signed this date,

IT IS ORDERED, ADJUDGED and DECREED that Petitioner's Petition for Relief under 28 U.S.C. § 2254 is denied with prejudice.

Dated this 14th day of December, 2006.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Sharon Lucy
(SEAL)   DEPUTY